■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM WILKES, Appellant, v. EDWARD M. FAY, as Warden of Green Haven Prison, Respondent. — Appeal from a decision of the Supreme Court, Dutchess County, dated September 12, 1963, dismissed, without costs. No appeal lies from a decision. The notice of appeal erroneously refers to the decision as an "order". The briefs of both parties erroneously state that the appeal is from an order entered October 3, 1963. No judgment or order was made on the decision; no order was made in this habeas corpus proceeding on September 12, 1963 or October 3, 1963. However, were the merits of the decision properly before us on appeal, we would have affirmed the determination. Ughetta, Acting P. J., Christ, Brennan, Rabin and Hopkins, JJ., concur.

■ In the Matter of CHARLES RAYNOR, Doing Business as CHARLIE'S BAR & GRILL, Petitioner, v. NEW YORK STATE LIQUOR AUTHORITY, Respondent.— Proceeding dismissed and determination of the respondent, New York State Liquor Authority, dated December 12, 1963, which suspended for a period of 10 days the petitioner's restaurant liquor license, confirmed, with costs. On the record here presented, it is our opinion that there is substantial proof to sustain the Authority's determination. Ughetta, Acting P. J., Brennan, Rabin, Benjamin and Munder, JJ., concur.

■ DONALD RYAN, Appellant, v. WATCHTOWER BIBLE AND TRACT SOCIETY OF NEW YORK, INC., Respondent, et al., Defendant.— Order of the Supreme Court, Kings County, dated August 1, 1966, modified by changing the word "defendants" wherever it appears therein to "defendant Watchtower Bible and Tract Society of New York, Inc." As so modified, order affirmed, with $10 costs and disbursements to respondent. Watchtower Bible and Tract Society of New York, Inc., is the only defendant which has been served and has appeared and moved for the relief granted by the order. Appeal from the memorandum decision of said court dated June 24, 1966 dismissed, without costs. No appeal lies therefrom. Beldock, P. J., Ughetta, Christ, Brennan and Hopkins, JJ., concur.